# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) vs. ) ) ) ) GPS-GILS PROPERTY SERVICES, LLC, ) JEFFREY KOBAK, ) AHLBORG CONSTRUCTION CORP., ) BLACKSTONE MANAGEMENT, LLC, ) WEST BAY ORTHOPEDICS & ) NEURSOSURGERY, INC. and, ) TRILOGY WBO REALTY LIMITED ) PARTNERSHIP, ) ) Defendants. ) | C.A. NO.: 1:19-cv-98  Electronically Filed |

## PLAINTIFF ATAIN SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff Atain Specialty Insurance Company and moves this Honorable Court pursuant to Rule 56 to enter summary judgment on its behalf on Count I of its Complaint. As reasons therefore, Atain Specialty Insurance Company states that there are no material facts in disputed and judgment is warranted as a matter of law.

Filed herewith an incorporated herein are Atain Specialty Insurance Company's Statement of Undisputed Material Facts and Atain Specialty Insurance Company's Memorandum of Law.

Wherefore, Atain Specialty Insurance Company moves this Honorable Court to enter judgment on its behalf.

Respectfully Submitted,<br>
Atain Specialty Insurance Company<br>
By Its Attorneys,<br>
<br>
/s/ Matthew W. Perkins<br>
Matthew W. Perkins, No. 6097<br>
Lecomte, Emanuelson and Doyle<br>
Batterymarch Park II, One Pine Hill Drive<br>
Suite 105, Quincy, MA 02169<br>
(617) 328-1900<br>
mperkins@lecomtelaw.com

Dated: October 6, 2021

## CERTIFICATE OF SERVICE

I, Matthew Perkins, counsel of record for the Plaintiff Atain Specialty Insurance Company, in this action, do hereby certify on this 6th day of October, 2021, that I have served a copy of the foregoing which was filed through the ECF System and has been served pursuant to Local Rule 5.2(b) to counsel of record.

**/S/ Matthew W. Perkins**
Matthew W. Perkins, Esq.