# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ATAIN SPECIALTY INSURANCE
COMPANY,
     Plaintiff,

    v.

                                  C.A. No. 19-98 JJM

GPS-GILS PROPERTY SERVICES, LLC,
JEFFREY KOBAK, AHLBORG
CONSTRUCTION CORP., BLACKSTONE
MANAGEMENT, LLC, WEST BAY
ORTHOPEDICS & NEURSOSURGERY,
INC. and, TRILOGY WBO REALTY LIMITED
PARTNERSHIP,
     Defendants.

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendants and against Plaintiff pursuant to the ruling made at hearing on January 4, 2022 and the Text Order entered on January 5, 2022 by this Court.

                                Enter:

                                /s/ Ryan H. Jackson
                                Deputy Clerk
                                Dated: January 5, 2022